

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's February 7, 2019 default judgment is REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this judgment.

Costs of court for this appeal are taxed against appellees Mark Vanham and Klineburger Vanham International Hunting Consultants, LLC.

SIGNED March 16, 2022.

Beth Watkins, Justice